UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

YAMAZATO INTERNATIONAL, INC.,

Plaintiff,

-vs-                                           Case No. 6:05-cv-1419-Orl-28DAB

JOHN ROBERT ELDER and EAST
COAST MARTIAL ART SUPPLIES, INC.,

Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Final Default Judgement With Permanent Injunction (Doc. No. 20) filed December 15, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be granted as modified.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 31, 2006 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Final Default Judgement With Permanent Injunction (Doc. No. 20) is **GRANTED as modified herein**. Specifically, the Court finds:

a) Plaintiff is the rightful owner of Copyright Registration No. PA1-281-268 covering Japanese Swordsmanship, The Art of the Samurai (Exhibit 1 to the Amended Complaint) and is the owner of the following copyright applications for which copyright registrations are being sought:

> The Eight Deadly Cuts of Miyamoto Musashi Vol. I
>
> The Eight Deadly Cuts of Miyamoto Musashi Vol. II
>
> The Eight Deadly Cuts of Miyamoto Musashi Vol. III
>
> The Essence of Shorin Ryu Karate
>
> Kumite fighting Karate
>
> Tonfa
>
> Sai Jutsu
>
> Bo Vol. I
>
> Bo Vol. II

b) Defendant EDDIE MILLER has willfully infringed the Plaintiff's trademarks and copyrights.

c) It is in the interests of justice to enter a permanent injunction against further acts of infringement.

d) An injunction will allow the Plaintiff to protect its federally registered trademarks and copyrights.

Based upon the foregoing findings of fact, this Court **ORDERS AND ADJUDGES**:

1. That a permanent injunction is hereby entered against Defendant EDDIE MILLER, his agents, servants, employees, salesmen, successors and assigns, and all those persons

knowingly acting in active concert or participation with him or under his authority or otherwise in privity with him, enjoining them from:

 (a) directly, indirectly or in a contributory manner infringing any of Plaintiff's trademarks or copyrights;

 (b) publishing, selling, marketing or otherwise disposing of any copies of the goods bearing the original works in or corresponding to Plaintiff's trademarks and copyrights; or

 (c) otherwise unfairly competing in any way with Plaintiff; and

2. That all video tapes and DVDs bearing the trademarks and copyrights of Plaintiff and all masters, materials and equipment for producing or printing such items in the possession of Defendant EDDIE MILLER shall be delivered up to Plaintiff's counsel forthwith.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __17__ day of February, 2006.

           _____
           JOHN ANTOON II
           United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party